UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY SUDDETH,

    Plaintiff,

    v.

EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

No. 2:15-cv-0774 AC P

ORDER[1]

    By order filed April 10, 2015, plaintiff was directed to file, within thirty days, an amended complaint and an in forma pauperis affidavit or pay the appropriate filing fees. See ECF No. 4. Plaintiff was informed that failure to file an amended complaint or an application to proceed in forma pauperis (or to pay the filing fees) would result in the dismissal of this action. Id. at 4. The thirty-day period has expired, and plaintiff has not responded to the court's order.

    In light of plaintiff's failure to respond to the court's April 10, 2015 order, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

DATED: MAY 26, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). See ECF No. 2.